1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000





IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the ) 1:09-SW-0026 GSA
Search of: )
              ) ORDER TO UNSEAL SEARCH WARRANT
7361 ADHOR ROAD ) AFFIDAVIT AND WARRANT
BUTTONWILLOW, CA 93206 )
              )
              )
              )

The search warrant affidavit and warrant in this case having been sealed by Order of this Court on January 20, 2009, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

Dated: March 24, 2011

_____
UNITED STATES MAGISTRATE JUDGE